

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00180-CV

**IN RE** Richard Cecil **PETERSON** and Alma Peterson

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:       Sandee Bryan Marion, Chief Justice
               Karen Angelini, Justice
               Luz Elena D. Chapa, Justice

Delivered and Filed:  April 8, 2015

PETITION FOR WRIT OF MANDAMUS DENIED

On March 30, 2015, relators Richard and Alma Peterson filed a petition for writ of mandamus complaining of the trial court's order granting a motion for partial summary judgment in favor of one of the defendants in the underlying medical malpractice suit. The court has considered relators' petition for writ of mandamus and is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2012-CI-08827, styled *Richard Cecil Peterson and Alma Peterson v. John Lawrence Jimenez, M.D.; Brian Phillip Perry, M.D.; Christopher Ayers Bogaev, M.D., Richard Kurt Newman, M.D.; and Methodist Healthcare System of San Antonio, Ltd., LLP d/b/a Methodist Hospital*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable David A. Canales presiding.